UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARY ANN ARMAS,

    Plaintiff,

v.

SUPERVALU, INC.,
a Delaware Corporation,

    Defendant.

NO. CV-13-3036-LRS

**ORDER RE MOTION FOR RECONSIDERATION**

**BEFORE THE COURT** is the Defendant's Motion For Reconsideration Of Order Expediting Plaintiff's Motion For Leave To Amend (ECF No. 18). Defendant's Motion To Expedite hearing on this motion (ECF No. 20) is **GRANTED**. In an effort to prevent unnecessary multiplication of these proceedings, the court will rule upon the motion for reconsideration without need of a response from Plaintiff.

    The court expedited hearing on Plaintiff's Motion For Leave To Amend Complaint (ECF No. 15) because it was apparent that resolution of this motion (ECF No. 12) may bear upon resolution of Defendant's Motion For Summary Judgment (ECF No. 8), currently noted for hearing without oral argument on August 6. The court thought that a full seven days for Defendant to respond to the Motion For Leave To Amend would be adequate, not knowing that

**ORDER RE MOTION FOR RECONSIDERATION-**     **1**

Defendant's counsel would be out of his office for much of this period.

The court hereby **VACATES** its order granting an expedited hearing (ECF No. 15) on the Motion For Leave To Amend Complaint. Defendant shall serve and file any further response to Plaintiff's Motion For Leave To Amend Complaint no later than **July 31** (14 days after the filing of the motion, per LR 7.1(b)(2)(B) re non-dispositive motions). Plaintiff may serve and file any reply no later than **August 7** (7 days after filing of the response, per LR 7.1(c)(2)(B) re non-dispositive motions). The Motion For Leave To Amend Complaint will be heard on **August 19** without oral argument, in conjunction with Defendant's Motion For Summary Judgment (ECF No. 8) which will also be heard without oral argument on that date. It is the court's intention to resolve the motions at the same time.

Defendant's Motion For Reconsideration (ECF No. 18) is **GRANTED** as set forth above.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this ___25th___ day of July, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge