1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

9
10
11

MARY ANN ARMAS,

Plaintiff,

No.   CV-13-3036-LRS

12
13

vs.

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

14
15
16
17

NEW ALBERTSON'S, INC., an Ohio Corporation,

Defendant.

18
19
20
21
22

BEFORE the Court is the parties' Joint Motion to Dismiss (ECF No. 45). Having reviewed said motion and the file and pleadings herein, the Court finds good cause to approve dismissal.  Accordingly,

23

IT IS HEREBY ORDERED:

24
25
26
27
28
29

1.	The parties' Joint Motion for Dismissal (ECF No. 45) is GRANTED.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

30

**ORDER OF DISMISSAL** – 1

2. All pending motions, if any, are DENIED AS MOOT.

3. All scheduled court hearings, if any, are STRICKEN.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, and provide copies to counsel. This case remains closed.

DATED this 7th day of July, 2014.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Senior United States District Court Judge

**ORDER OF DISMISSAL** – 2