AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Mary Ann Armas

_____  )
                   *Plaintiff*                )
                     v.                        )        Civil Action No.  CV-13-3036-LRS
New Albertson's, Inc., an Ohio corporation,    )
                                               )
                                               )

_____
                   *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The parties' Joint Motion for Dismissal was granted by the Honorable Senior United States District Court Judge Lonny R. Suko.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

❏  decided by Judge _____ on a motion for

Date:  July 7, 2014

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____